UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DUSTY ALANSON JAMES WING,

        Plaintiff,

-against-

CORRECTION OFFICER MYERS, et al.,

        Defendants.

**ORDER**

18-CV-11056 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Defendants served and filed their pending motion summary judgment on April 12, 2021. (*See* Doc. 50; Doc. 51; Doc. 52; Doc. 53; Doc. 54; Doc. 55; Doc. 56). Under the briefing schedule set by the Court, Plaintiff's opposition papers were to be served and filed by May 12, 2021. (Doc. 49). As of the date of this Order—more than nine months later—Plaintiff has neither submitted opposition papers nor sought an extension of time to serve and file such papers.

    In light of the foregoing, the Court *sua sponte* extends Plaintiff's time to oppose the pending motion for summary judgment to February 4, 2022. Defendants' time to file a reply, if any, is extended to and including February 14, 2022. If Plaintiff fails to serve and file his opposition papers by February 4, 2022, the Court will deem the motion fully submitted and unopposed.

    The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

                              **SO ORDERED:**

Dated: White Plains, New York
       January 19, 2022

                              _____
                              Philip M. Halpern
                              United States District Judge