UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DUSTY ALANSON JAMES WING,

                Plaintiff,                          18 **CIVIL** 11056 (PMH)

    -against-                                   **JUDGMENT**

CORRECTION OFFICER MYERS, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 18, 2022, In light of the foregoing, Defendants' motion for summary judgment is GRANTED. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Memorandum Opinion and Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, this case is closed.

**Dated:** New York, New York
          February 18, 2022

                                                                    **RUBY J. KRAJICK**

                                                                        Clerk of Court
                                                **BY:**
                                                                        Deputy Clerk